# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GRIMMER DAVIS REVELLI & BALLIF, PC; GRIMMER & ASSOCIATES, PC; MATHEW GRIMMER; and JACOB DAVIS,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:19-cv-00597-DAK-PMW<br><br>Judge Dale A. Kimball |

Based on this court's March 22, 2022 Order on Joint Motion for Vacatur and Substitution of Order and Judgment Pursuant to Rule 60(b), judgment is entered in favor of Plaintiff on all claims. This action is closed.

DATED this 30th day of March, 2022

BY THE COURT:

_____
Dale A. Kimball
U.S. District Court Judge